UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANA HICKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　Defendant. | Case No.  1:22-cv-00676-JLT-EPG<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT ISSUE AND THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br><u>TWENTY-ONE (21) DAY DEADLINE</u> |

　　　　On June 6, 2022, the Court issued an order setting the mandatory scheduling conference for September 22, 2022, at 10:30 a.m. before United States Magistrate Judge Erica P. Grosjean. (ECF No. 3). The Court's order states that the parties are to prepare and submit a Joint Scheduling Report one week prior to the conference. (Id.) Additionally, any party who fails to participate in the report "may be subject to sanctions, including monetary sanctions to compensate the non-offending party's time and effort incurred in seeking compliance with [the] Scheduling Order." Further, "[s]hould counsel or a party appearing *pro se* fail to appear at the Mandatory Scheduling Conference, or fail to comply with the directions as set forth above, an ex parte hearing may be held and contempt sanctions, including monetary sanctions, dismissal, default, or other appropriate judgment, may be imposed and/or ordered." (Id.)

　　　　The Court attempted to hold the conference on the date and time ordered. (ECF No. 8). John Kelly telephonically appeared for Defendant. (Id.) Despite having notice of and an

1

opportunity to attend, Plaintiff did not appear at the hearing. (Id.) Additionally, Plaintiff did not participate in the scheduling report. (ECF No. 7). Further, based on the scheduling report filed by Defendant, Plaintiff had represented that she planned to settle or otherwise arbitrate the case. (Id.) Accordingly, it appears that Plaintiff does not intend to prosecute this case at this time.

Therefore, the Court will order Plaintiff to show cause why this case should not be dismissed for failure to prosecute, and why sanctions should not issue for failure to comply with the Court's Scheduling order. Plaintiff's response should state whether she intends to go forward with this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **twenty-one (21) days** of service of this order, Plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute, and why sanctions should not issue for failure to comply with the Court's Scheduling order; and
2. The Clerk of Court is directed to serve a copy of this order at Plaintiff's address of record:

> Wajda Law Group
> 6167 Bristol Parkway, Suite 200
> Culver City, CA 90230

**Plaintiff's failure to respond to this order will result in a recommendation that this case be dismissed**.

IT IS SO ORDERED.

Dated: __September 30, 2022__          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2