

1

Nicholas M. Wajda (CA Bar # 259178)
Wajda Law Group, APC
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
T: (310) 997-0471
F: (866) 286-8433
E: nick@wajdalawgroup.com

2

3

4

5

*Attorney for Plaintiff*
*Breana Hicks*

6

7            **UNITED STATES DISTRICT COURT**

8            **EASTERN DISTRICT OF CALIFORNIA**

9                   **FRESNO DIVISION**

10

11 `Breana Hicks;

12 Plaintiff,

13                    vs.                        **Case No.: 1:22-cv-676-JLT-EPG**

14 Midland Credit Management, Inc.,              ~~PROPOSED~~ ORDER GRANTING
                                                 MOTION TO APPEAR PRO HAC
15 Defendant.                                    VICE

16

17

18

19

20

21          **ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

22 This cause has come before the Court upon the motion of Nicholas M. Wajda of the law

23 firm Wajda Law Group, APC, seeking an Order granting John Steinkamp of Recovery

24 Law Group, APC, leave to appear *pro hac vice* for the purpose of appearing as counsel on

25 behalf of Plaintiff Breana Hicks in the above-styled cause only.

                              - 1 -

1    Being fully advised, it is now ORDERED that the motion be, and hereby is,

2    GRANTED.

3

4    Applicant's contact information should be entered as follows:

5    John T. Steinkamp
     Recovery Law Group, APC
6    309 W. 11th Street
     Anderson, IN 46016
7    Phone: 765-400-2921
     Email: JSteinkamp@recoverylawgroup.com
8

9    Dated:___10/27/22___

10                                              Judge
                                                United States District Court
11                                              Eastern District of California

12   Distribution list:
     To all registered counsel by CM/ECF
13

14

15

16

17

18

19

20

21

22

23

24

25