# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANA HICKS, | Case No. 1:22-cv-00676-JLT-EPG |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., | (ECF No. 27). |
| Defendant. | |

Before the Court is Plaintiff's motion to extend the deadline for the parties to file dispositional documents. (ECF No. 27). According to the motion, "[t]he parties require additional time to complete key terms to the settlement prior to dismissal." Based on the foregoing, IT IS ORDERED that the parties shall file appropriate dispositional documents by no later than June 9, 2023.

IT IS SO ORDERED.

Dated:   **May 15, 2023**               /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

1